# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| *In Re:* | : | Case No. 16-53296 |
| | : | |
| *JUDD EUGENE PORTER* | : | Chapter 13 |
| *SALLY ANNE PORTER* | : | |
| | : | |
| *Debtors.* | : | Judge Charles M. Caldwell |

## APPRAISAL OF PROPERTY

Please see attached.

    /s/ Robert B. Handelman
Robert B. Handelman   (0025619)
*Attorney for Debtors*
Handelman Law Office
29 S. Park Place
Newark, OH  43055
(740) 349-8581
robert@handelmanlawoffice.com

## NARRATIVE APPRAISAL

May 10, 2016

Judd E. Porter & Sally A. Porter

9627 Smokey Row Road
St. Louisville, OH 43071

Mary Ann Township – Licking Valley School District
Licking County

Ranch style – single family residence

Built – 1968

1,930 Sq. Ft. – 6 rooms - 3 Bedrooms & 1 Bath

Crawl space

2 Car attached garage

Wood deck on front plus patio

    (Part of residence built over mobile home)

General Condition – GOOD to FAIR;

Spacious 3,200 sq. ft. building used as barn and storage

2 Parcels – 3.09 Acres + 2.67 Acres = 5.76 Acres (hilly)

FAIR MARKET VALUE -                                  $105,000.00

_____
Frank V. Frye,
Realtor®/Appraiser*

*Member of National Residential Appraisers Institute